IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SHEILA WILDS,                )
                             )
        Plaintiff,            )
                             )        **O-R-D-E-R**
    v.                       )
                             )        1:13CV318
CAROLYN W. COLVIN,           )
Acting Commissioner of Social )
Security,                    )
                             )
        Defendant.            )

On January 23, 2015, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and served on the parties in this action, and a copy was given to the court.

Within the time limitation set forth in the statute, counsel for Plaintiff objected to the Recommendation.

The court has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that the Plaintiff's motion for judgment on the pleadings [Docket No. 12] is **DENIED**, that the Defendant's motion for judgment on the pleadings [Docket No. 16] is **GRANTED**, and that the final decisions of the Commissioner be upheld. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 9th day of March, 2015.

_____
United States District Judge